Charles F. Knapp *v.* Gaston Teyssier, Appellant.

194

Argued April 19, 1929.

Before TREXLER, KELLER, LINN, GAWTHROP, CUNNINGHAM and BALDRIGE, JJ.

198

*F. C. McGirr*, and with him *John P. Egan*, for appellant.—Where the pleadings are amended the surprised party is entitled to a continuance: 2 Troubat & Haly's Practice, page 490, section 2206; Alexander v. Hoffman, 5 W. & S. 382.

*Ernest Frey*, and with him *R. A. Balph* and *James Balph*, for appellee.—Where the plaintiff sues on quantum meriut for his services he is not limited to the contract price: Witten v. Stout, 284 Pa. 410, 412; Philadelphia v. Tripple, 230 Pa. 480.

Per Curiam, April 29, 1929:

The judgment in this case is affirmed on the opinion of the learned judge of the lower court.